BEFORE THE THIRD DIVISION, JUNE 8, 1959

**No. 63139.**—Desco Shoe Corporation *v.* United States, protest 58/5602 (New York).

Opinion by RICHARDSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 63140.**—M. Van Den Bogaerde *v.* United States, protest 58/13165 (New York).

Opinion by RICHARDSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 63141.**—Gahna Import & Export Corporation *v.* United States, protest 58/16910 (New York).

Opinion by RICHARDSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 63142.**—Southwestern Sugar & Molasses Company *v.* United States, protest 58/16917 (New York).

Opinion by RICHARDSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 63143.**—Commodore Manufacturing Corporation *v.* United States, protest 58/17237 (New York).

Opinion by RICHARDSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.